**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO FLORIDA**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO. 6:17-bk-00336-RAC** |
| **JEFFREY C. UNNERSTALL,** | **CHAPTER 11** |
| **Debtor.** | |
| _____/ | |

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR**

Debtor, **JEFFREY C. UNNERSTALL** ("Debtor"), **PETER N. HILL, ESQ.**, and the law firm of Herron Hill Law Group, PLLC and **R. SCOTT SHUKER, ESQ.**, and the law firm of Latham, Shuker, Eden & Beaudine, LLP (collectively, the "Parties"), pursuant to Local Rule 2091-2, move the Court for an Order substituting R. Scott Shuker and the law firm of Latham, Shuker, Eden & Beaudine, LLP (collectively, "Latham Shuker") for and in place of Peter N. Hill and the law firm of Herron Hill Law Group, PLLC (collectively "Herron Hill"), as counsel for Debtor in this case and relieving Peter N. Hill and the law firm of Herron Hill Law Group, PLLC from responsibility as Debtor's counsel (the "Motion"), in the above-styled cause and as ground therefore state as follow:

1. The undersigned counsel certifies that the Debtor has consented to the substitution of Latham Shuker for and in place of Herron Hill in accordance with Local Rule 2091-2(d).

2. Rule 2091-2(d) provides that the Court may enter an order granting this motion without a hearing. The proposed order is attached hereto as **Exhibit "A"**.

3. Neither the Debtor nor any Creditors will be prejudiced by the granting of the instant Motion.

4. Peter N. Hill and the law firm of Herron Hill Law Group, PLLC have consented to the substitution of counsel by their signature below.

5. Upon entry of an order granting this Motion, all future pleadings and correspondence should be forwarded directly to the Debtor's counsel at the following address:

> **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
> Attn: R. Scott Shuker, Esq.
> 111 N. Magnolia Ave., Suite 1400
> Orlando, Florida 32801

6. Contemporaneous with the Motion, Latham Shuker has also filed an application for employment along with accompanying statements under F.R.B.P. 2014 and 2016.

**WHEREFORE, JEFFERY C. UNNERSTALL, PETER N. HILL, ESQ.** and the law firm of Herron Hill Law Group, PLLC, and **R. SCOTT SHUKER, ESQ.** and the Law Firm of Latham, Shuker, Eden & Beaudine, LLP, respectfully request this Court for entry of an Order granting this Motion, and relieving Peter N. Hill and the law firm of Herron Hill Law Group, PLLC of any further responsibilities and obligations as the attorneys of record for Debtor in the above-styled action.

**RESPECTFULLY SUBMITTED** this 3rd day of April, 2017.

| | |
|---|---|
| /s/ Peter N. Hill | /s/ R. Scott Shuker |
| Peter N. Hill, Esq. | R. Scott Shuker, Esq. |
| Florida Bar No. 368814 | Florida Bar No. 0984469 |
| peter@herronhilllaw.com | rshuker@lseblaw.com |
| **Herron Hill Law Group, PLLC** | bknotice@lseblaw.com |
| 135 W. Central Blvd., Ste. 650 | **LATHAM, SHUKER, EDEN & BEAUDINE, LLP** |
| Orlando, FL 32801 | 111 N. Magnolia Ave., Suite 1400 |
| Telephone: (407) 648-0058 | Orlando, Florida 32801 |
| | Telephone: (407) 481-5800 |
| | Facsimile: (407) 481-5801 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA
www.flmb.uscourts.gov

In re:                                                          CASE NO. 6:17-bk-00336-RAC

JEFFREY C. UNNERSTALL,                              CHAPTER 11

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the **JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **JEFFREY C. UNNERSTALL**, 10919 Boca Pointe Drive, Orlando, FL 32836; **HERRON HILL LAW GROUP, PLLC**, Attn: Peter N. Hill, Esq., 135 W. Central Blvd., Ste. 650, Orlando, FL 32801; all creditors, as shown on the matrix attached to the original of this motion filed with the Court; and the **UNITED STATES TRUSTEE'S OFFICE**, 400 West Washington Street, Suite 1100, Orlando, FL 32801, this 3rd day of April 2017.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-00336-RAC<br>Middle District of Florida<br>Orlando<br>Mon Apr  3 13:19:46 EDT 2017 | City Electric Supply Company<br>c/o Jimmy Parrish, Esq.<br>Baker & Hostetler, LLP<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 | Cocoa Expo Sports Center, LLC<br>500 Friday Road<br>Cocoa, FL 32926-3302 |
| Roberta A. Colton<br>Orlando<br>, FL | Steven P Kkuenzel<br>Eckelkamp Kuenzel LLP<br>200 West Main Street, 2nd Floor<br>PO Box 228<br>Washington, MI 63090-0228 | ORANGE COUNTY TAX COLLECTOR<br>P.O. BOX 545100<br>ORLANDO, FL 32854-5100 |
| Tiffany D Payne<br>Baker & Hostetler LLP<br>200 S Orange Avenue<br>SunTrust Center, Ste 2300<br>Orlando, FL 32801-3432 | Jeffrey C Unnerstall<br>10919 Boca Pointe Drive<br>Orlando, FL 32836-5861 | ABERON FUND 1 LLC<br>1338 SOUTH FOOTHILL DRIVE<br>#129<br>SALT LAKE CITY, UT 84108-2321 |
| AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | Amex<br>P O Box 7871<br>Fort Lauderdal, FL 33329 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Bank of Washington<br>200 W. Main Street<br>Wasington, MO 63090-2123 | Bank of Washington<br>c/o Phil A. D'Aniello, Esq.<br>1325 West Colonial Dr<br>Orlando, FL 32804-7133 | CAPITAL ONE CLTRL ASSIGNEE OF<br>FIG 2241 LLC<br>P O BOX 54862<br>NEW ORLEANS, LA 70154-4862 |
| City Electric Supply Company<br>6827 N. Orange Blossom Trail<br>Suite 2<br>Orlando, FL 32810-4171 | City Electric Supply Company<br>c/o Jimmy D. Parrish, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., Suite 2300<br>Orlando, FL 32801-3432 | Cocoa Expo Sports Center, LLC<br>c/o David R. McFarlin, Esq.<br>PO Box 3753<br>Orlando, FL 32802-3753 |
| Eckelkamp Kuenzell, LLP<br>200 West Main Street, 2nd Floor<br>Washington, MO 63090-2123 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Leonard Unnerstall<br>602 St. Marys Rd.<br>Villa RIdge, MO 63089-2319 | Middlesex Paving, LLC<br>10801 Cosmonaut Blvd.<br>Orlando, FL 32824-7627 | Regions<br>P.O. Box 216<br>Birmingham, AL 35201-0216 |
| Regions Bank<br>720 North 39th Street<br>Birmingham, AL 35222-1112 | Upland Ventures<br>500 Friday Road<br>Cocoa, FL 32926-3302 | Peter N Hill +<br>Herron Hill Law Group, PLLC<br>135 W. Central Blvd., Ste. 650<br>Orlando, FL 32801-2436 |
| David R McFarlin +<br>Fisher Rushmer, PA<br>390 N Orange Avenue, Suite 2200<br>Orlando, FL 32801-1642 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Jimmy D Parrish +<br>Baker & Hostetler LLP<br>200 S Orange Avenue<br>SunTrust Center - Suite 2300<br>Orlando, FL 32801-3432 |

| | | |
|---|---|---|
| Phil A D'Aniello +<br>Fassett Anthony & Taylor PA<br>1325 West Colonial Drive<br>Orlando, FL 32804-7133 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 |
| Robert E Eggmann +<br>Carmody MacDonald<br>120 South Central Avenue, Suite 1800<br>Clayton, MO 63105-1726 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Steven P Kuenzel +<br>Eckelkamp Kuenzel, LLP<br>Post Office Box 228<br>200 West Main Street, 2nd FL<br>Washington, MO 63090-2123 |
| Thomas H Riske +<br>Carmody MacDonald PC<br>120 S Central Avenue<br>Suite 1800<br>St Louis, MO 63105-1726 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of Washington | (d)Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

**In re:**                                                          **CASE NO.: 6:17-bk-00336-RAC**

**JEFFREY C. UNNERSTALL,**                              **CHAPTER 11**

       **Debtor.**
_____/

### ORDER GRANTING JOINT MOTION FOR
### SUBSTITUTION OF COUNSEL FOR DEBTOR

**THIS CASE** came on for consideration upon the joint motion of the Debtor, **JEFFREY C. UNNERSTALL** ("Debtor"), **PETER N. HILL, ESQ.**, and the law firm of Herron Hill Law Group, PLLC and **R. SCOTT SHUKER, ESQ.**, and the law firm of Latham, Shuker, Eden & Beaudine, LLP (the "Motion") (Doc No. ___).  Upon consideration of the Motion, it is

    **ORDERED:**

    1.    The Motion is **GRANTED**.

**Exhibit "A"**

2. Peter N. Hill, Esq. and the law firm of Herron Hill Law Group, PLLC are relieved from any further responsibilities and obligations as the attorneys of record for Debtor

3. All future pleadings and correspondence should be forward directly to the Debtor's counsel at the following address:

> **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
> Attn: R. Scott Shuker, Esq.
> 111 N. Magnolia Ave., Suite 1400
> Orlando, Florida 32801

Attorney R. Scott Shuker is directed to serve a copy of this order on all interested parties and file a proof of service within three (3) days of entry of this Order.

**Exhibit "A"**

2