UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**  CASE NO.: 6:17-bk-00336-RAC

**JEFFREY C. UNNERSTALL,**  CHAPTER 11

Debtor.
_____/

### STATEMENT OF R. SCOTT SHUKER AND LATHAM, SHUKER, EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**R. SCOTT SHUKER** and the law firm of **LATHAM, SHUKER, EDEN & BEAUDINE, LLP** ("Latham Shuker"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), states as follows:

1. Latham Shuker has represented Jeffrey C. Unnerstall (the "Debtor") since on or about March 28, 2017 in connection with the Debtor's voluntary petition filed under Chapter 11 of the United States Bankruptcy Code ("Code").

2. The Debtor did not pay Latham Shuker an advance fee prior to the commencement of this case.

3. On March 31, 2017, Unnerstall Contracting Co., LLC paid Latham Shuker $25,000.00 and on April 12, 2017, the Debtor caused the balance of his retainer with the prior counsel, approximately $7,964.08, to be transferred to Latham Shuker for post-petition services and expenses in connection with the Debtor's bankruptcy case. The funds received from Unnerstall Contracting Co., LLC will not be a claim against the Debtor.

4. Latham Shuker has not shared, or agreed to share, the Advance Fee, additional fees,

1

or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of Latham Shuker.

RESPECTFULLY SUBMITTED this 12th day of April 2017.

/s/

R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
bknotice@lseblaw.com
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:  407-481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  CASE NO. 6:17-bk-00336-RAC

JEFFREY C. UNNERSTALL,  CHAPTER 11

      Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the forgoing **STATEMENT OF R. SCOTT SHUKER AND LATHAM, SHUKER, EDEN & BEAUDINE, LLP, PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **JEFFREY C. UNNERSTALL**, 10919 Boca Pointe Drive, Orlando, FL 32836; the 1007-2 Parties-in-Interest list, as shown on the matrix attached to the original of this statement filed with the Court; and the **UNITED STATES TRUSTEE**, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, this _12th_ day of April 2017.

                                            /s/ R. Scott Shuker
                                            R. Scott Shuker, Esq.

```
Label Matrix for local noticing        Steven P Kkuenzel                      Tiffany D Payne
113A-6                                  Eckelkamp Kuenzel LLP                  Baker & Hostetler LLP
Case 6:17-bk-00336-RAC                  200 West Main Street, 2nd Floor        200 S Orange Avenue
Middle District of Florida              PO Box 228                             SunTrust Center, Ste 2300
Orlando                                 Washington, MI 63090-0228              Orlando, FL 32801-3432
Wed Apr 12 10:12:06 EDT 2017

Jeffrey C Unnerstall                    Amex                                   Bank of Washington
10919 Boca Pointe Drive                 P.O. Box 297871                        200 W. Main Street
Orlando, FL 32836-5861                  Fort Lauderdale, FL 33329-7871         Wasington, MO 63090-2123


Bank of Washington                      City Electric Supply Company           City Electric Supply Company
c/o Phil A. D'Aniello, Esq.             6827 N. Orange Blossom Trail           c/o Jimmy D. Parrish, Esq.
1325 West Colonial Dr                   Suite 2                                Baker & Hostetler LLP
Orlando, FL 32804-7133                  Orlando, FL 32810-4171                 200 S. Orange Ave., Suite 2300
                                                                               Orlando, FL 32801-3432


Cocoa Expo Sports Center, LLC           Middlesex Paving, LLC                  David R McFarlin +
c/o David R. McFarlin, Esq.             10801 Cosmonaut Blvd.                  Fisher Rushmer, PA
PO Box 3753                             Orlando, FL 32824-7627                 390 N Orange Avenue, Suite 2200
Orlando, FL 32802-3753                                                         Orlando, FL 32801-1642


R Scott Shuker +                        United States Trustee - ORL +          Jimmy D Parrish +
Latham Shuker Eden & Beaudine LLP       Office of the United States Trustee    Baker & Hostetler LLP
Post Office Box 3353                    George C Young Federal Building        200 S Orange Avenue
Orlando, FL 32802-3353                  400 West Washington Street, Suite 1100 SunTrust Center - Suite 2300
                                        Orlando, FL 32801-2210                 Orlando, FL 32801-3432


Phil A D'Aniello +                      Jill E Kelso +                         Andrew V Layden +
Fassett Anthony & Taylor PA             Office of the United States Trustee    Baker & Hostetler LLP
1325 West Colonial Drive                400 W. Washington Street               Suntrust Center - Suite 2300
Orlando, FL 32804-7133                  Suite 1100                             200 S. Orange Avenue
                                        Orlando, FL 32801-2440                 Orlando, FL 32801-3432


Robert E Eggmann +                      Audrey M Aleskovsky +                  Steven P Kuenzel +
Carmody MacDonald                       Office of the United States Trustee    Eckelkamp Kuenzel, LLP
120 South Central Avenue, Suite 1800    George C. Young Federal Building       Post Office Box 228
Clayton, MO 63105-1726                  400 West Washington St, Suite 1100     200 West Main Street, 2nd FL
                                        Orlando, FL 32801-2210                 Washington, MO 63090-2123


Thomas H Riske +                        Note: Entries with a '+' at the end of the   End of Label Matrix
Carmody MacDonald PC                    name have an email address on file in CMECF  Mailable recipients    22
120 S Central Avenue                                                                 Bypassed recipients     0
Suite 1800                                                                           Total                  22
St Louis, MO 63105-1726
```